# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01435-BNB

CHARLES ROBERT SHEPARD,

      Plaintiff,

v.

JUDGE TIMOTHY FASING,
ARAPAHOE COUNTY DISTRICT COURT,
CLERK OF THE COURT, ARAPAHOE COUNTY,
COLORADO COURT OF APPEALS,
CLERK OF THE APPELLATE COURT,
COLORADO SUPREME COURT,
ATTORNEY GENERAL JOHN SUTHERS, and
ARAPAHOE DISTRICT ATTORNEY KATHLEEN SCROEDER,

      Defendants.

FILED
UNITED STATES DISTRICT COURT
       COLORADO

SEP 18 2006

GREGORY C. LANGHAM
        CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

      Plaintiff's "Special Appearance Petition for Direct to Due Process and Judicial Order of Compliance" filed on September 14, 2006, in which he asks the court to order prison officials to pay the initial partial filing fee in this action, is DENIED. The documents Plaintiff has submitted demonstrate that his requests for a money order were denied at a time when he had insufficient funds in his inmate account and that he currently has sufficient funds to pay the initial partial filing fee. Plaintiff shall have **thirty (30) days from the date of this minute order** either to pay the initial partial filing fee or to show cause as directed why he is unable to pay the initial partial filing fee.

Dated: September 18, 2006

Copies of this Minute Order mailed on September 18, 2006, to the following:

Charles Robert Shepard
Prisoner No. 99669
Fort Lyon Corr. Facility
PO Box 1000
Fort Lyon, CO 81038

                                                Secretary/Deputy Clerk