IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01435-ZLW

CHARLES ROBERT SHEPARD,

        Plaintiff,

v.

JUDGE TIMOTHY FASING,
ARAPAHOE COUNTY DISTRICT COURT,
CLERK OF THE COURT, ARAPAHOE COUNTY,
COLORADO COURT OF APPEALS,
CLERK OF THE APPELLATE COURT,
COLORADO SUPREME COURT,
ATTORNEY GENERAL JOHN SUTHERS, and
ARAPAHOE DISTRICT ATTORNEY KATHLEEN SCROEDER,

        Defendant.

## ORDER TO CURE DEFICIENCY

Weinshienk, Senior Judge

    Plaintiff submitted a Notice of Intent to Appeal on February 7, 2007. The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
      _x_   is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
      _x_   is not submitted
      ___   is missing affidavit
      ___   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
      ___   is missing required financial information

    __    is missing an original signature by the prisoner
    __    is not on proper form (must use the court's current form)
    __    other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this  13  day of _____February_____, 2007.

                          BY THE COURT:

                          *s/ Zita L. Weinshienk*
                          ZITA L. WEINSHIENK, Senior Judge
                          United States District Court